Argued and submitted February 23, reversed and remanded for reconsideration in part; otherwise affirmed October 20, 1993

In the Matter of the Compensation of
Dung D. Ho, Claimant.

Dung D. HO,
*Petitioner,*

*v.*

WACKER-SILTRONIC, INC.
and Liberty Northwest Insurance Corporation,
*Respondents.*

(WCB 90-15088; CA A74285)

861 P2d 404

Judicial Review from Workers' Compensation Board.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration of claim for proposed medical treatment; otherwise affirmed. *Jefferson v. Sam's Cafe*, 123 Or App 464, 861 P2d 359 (1993).